UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 99.185.7.111,<br><br>        Defendant. | Case No.: 2:25-cv-02147-WBS-CKD<br><br>**ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

THIS CAUSE came before the Court upon Plaintiff's application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have up to and including December 28, 2025 to effectuate service of a summons and Complaint on Defendant.

The Scheduling Conference is continued to **March 9, 2026 at 1:30 p.m.** A joint status report shall be filed no later than **February 23, 2026** in accordance

1

Order on Plaintiff's Application for Extension of Time Within
Which to Effectuate Service on John Doe Defendant
Case No. 2:25-cv-02147-WBS-CKD

with the Court's Order Re: Status (Pretrial Scheduling) Conference filed July 31, 2025 (Docket No. 2).

**DONE AND ORDERED**.

Dated: October 21, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Order on Plaintiff's Application for Extension of Time Within
Which to Effectuate Service on John Doe Defendant
Case No. 2:25-cv-02147-WBS-CKD